**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| ARTHUR CARSON,<br>Plaintiff,<br>v.<br>ZILLOW INC. and AMBER GONZALES,<br>Defendants. | Case No. 2:26-CV-00108-JHC<br><br>**ORDER** |

THIS MATTER comes before the Court on "Plaintiff's Request for Extension of Time to Respond to Defendant Gonzales Untimely Motion to Dismiss." Dkt. # 25. The motion is unopposed. The Court GRANTS the motion. Plaintiff has filed his response. Dkt. # 24. Defendants may file a reply in support of the motion to dismiss (Dkt. # 20) on or before Friday, September 11, 2026. The Court DIRECTS the Clerk to re-note the motion to dismiss (Dkt. # 20) for September 11, 2026.

//

DATED this 31st day of August, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE