**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

ARTHUR CARSON,

Plaintiff,

v.

ZILLOW INC., and AMBER GONZALES,

Defendants.

No. 2:26-CV-00108-JHC

**ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

THIS MATTER comes before the Court on Plaintiff Arthur Carson's Request for Extension of Time to Amend Complaint/Permit Alternative Service. Dkt. # 30. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendants at Dkt. # 32, the Court DENIES the motion.

DATED this 19th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE