**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| ARTHUR CARSON,<br>Plaintiff,<br>v.<br>ZILLOW INC. and AMBER GONZALES<br>Defendants. | Case No. 2:26-CV-00108-JHC<br><br>**ORDER** |

THIS MATTER comes before the Court on pro se "Plaintiff's Request for Relief from Judgment." Dkt. # 31. The Court has reviewed the materials filed in support and in opposition to the motion, the rest of the file, and the applicable law. Plaintiff did not file a reply. For the reasons presented by Defendants at Dkt. # 32, the Court DENIES the motion as moot.

//

//

//

DATED this 26th day of October, 2026

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE